**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6142**

---

BENJAMIN O. STOKES,

Petitioner - Appellant,

versus

EARL BESHEARS, Warden; J. JOSEPH CURRAN, JR.,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-98-2644-DKC)

---

Submitted: May 28, 1999                     Decided: July 22, 1999

---

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Byron Leslie Warnken, James Anthony Lanier, Baltimore, Maryland, for Appellant.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Benjamin O. Stokes appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), and his motion for reconsideration.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Stokes v. Beshears, No. CA-98-2644-DKC (D. Md. Aug. 13, 1998; Jan. 13, 1999).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

   [*] Although the orders from which Stokes appeals were signed on August 11, 1998, and January 7, 1999, respectively, they were entered on the district court's docket sheet on August 13, 1998, and January 13, 1999.  These latter dates are therefore the effective dates of the district court's decisions.  See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).